SCHIAVONE–BONOMO CORP., Libellant-Appellee,

v.

TUG ANN McALLISTER, SS CHEMI-CAL TRANSPORTER, TUG MATTON, their engines, etc., Respondents,

McAllister Brothers, Inc., and Chemical Transporter, Inc., Respondents-Appellants.

No. 33882.

United States Court of Appeals, Second Circuit.

Nov. 12, 1969.

Before LUMBARD, Chief Judge, and IRVING R. KAUFMAN and HAYS, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the transcript of record from the United States District Court for the Southern District of New York, and was argued by counsel.

On consideration whereof, it is now hereby ordered, adjudged, and decreed that the judgments of said District Court be and they hereby are affirmed.

UNITED STATES of America, Appellee,

v.

Berlie WHITE, Appellant.

No. 14117.

United States Court of Appeals, Fourth Circuit.

Argued April 8, 1970.

Decided April 13, 1970.

Robert J. Robinson, Asheville, N. C., court-appointed counsel, for appellant.

Bruce B. Briggs, Asst. U. S. Atty. (Keith S. Snyder, U. S. Atty., on the brief), for appellee.

Before HAYNSWORTH, Chief Judge, and BOREMAN and CRAVEN, Circuit Judges.

PER CURIAM:

Upon consideration of the record, briefs and oral argument we find no reversible error.

Affirmed.